United States District Court
Southern District of Texas
**ENTERED**
April 19, 2024
Nathan Ochsner, Clerk

```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                      HOUSTON DIVISION


ANDREW BURKE, TDCJ #2465084,    §
                                §
              Plaintiff,        §
                                §
v.                              §   CIVIL ACTION NO. H-23-0361
                                §
DEPUTY SHERIFF BENJAMIN MASTERS,§
et al.,                         §
                                §
              Defendants.       §
```

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 19th day of April, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE